BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL VASQUEZ,<br>　　　　　　　Defendant. | CASE NO.  Cr  1:10-cr-00173 AWI-BAM<br><br>STIPULATION REGARDING NEW TIME SETTING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for sentencing on Monday, May 13, 2013, at 1:00 p.m.

2.　　By this stipulation, the parties request that the matter be continued for sentencing on May 20, 2013, at 10 a.m.

////

////

////

IT IS SO STIPULATED.

1

1  DATED:      May 6, 2013.           Respectfully submitted,

2                                      BENJAMIN B. WAGNER
                                       United States Attorney
3

4                                      /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
5                                      Assistant United States Attorney

6  DATED:      May 6, 2013.

7                                      /s/ Carl M. Faller
                                       CARL M. FALLER
8                                      Counsel for Defendant Manuel Vasquez

9

10                          **O R D E R**

11

12 IT IS SO ORDERED.

13 Dated:   May 6, 2013

14                                      SENIOR  DISTRICT  JUDGE

2